UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO, JR.,<br><br>                 Plaintiff,<br><br>    -against-<br><br>ADMINISTRATION OF THE NEW YORK CITY,<br><br>                 Defendant. | 20-CV-00238 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 17, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 17, 2020
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge